DANIEL J. BRODERICK Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JESUS GARCIA-MORALES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JESUS GARCIA-MORALES, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | No. 2:08-cr-513 JAM <br><br> STIPULATION AND ORDER CONTINUING CASE AND EXCLUDING TIME <br><br> Date:   December 2, 2008 <br> Time:   9:30 a.m. <br> Judge:  Hon. John A. Mendez |

**IT IS HEREBY STIPULATED** by and among Assistant United States Attorney Daniel McConkie, counsel for plaintiff United States of America, William Bonham, Esq., counsel for martin Garcia Jr., and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant JESUS GARCIA-MORALES, that the above matter be dropped from this court's calendar for December 2, 2008, at the request of the defense and be continued until December 16, 2008, for status conference. This continuance is requested due to the unavailability of an interpreter for Mr. Staniels on December 1, 2008, the need for further defense preparation, and the availability of both counsel.

**IT IS FURTHER STIPULATED** that the time from December 2, 2008, through December 16, 2008, be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, 18 U.S.C. §§ 3161 *et. seq.,* pursuant to 18 U.S.C.

1 | § 3161(h)(8)(A) & (B)(iv) and  Local Code T-4

2 | **IT IS SO STIPULATED.**

5 | Date: December 1, 2008                    McGregor W. Scott
                                              United States Attorney

7 |                                           /S/ Daniel McConkie by jls per auth
                                              By:   DANIEL MCCONKIE
8 |                                           Assistant United States Attorney
                                              Counsel for Plaintiff

10 | Date: November 17, 2008                  /S/ Jeffrey L. Staniels
                                              Jeffrey L. Staniels
11 |                                          Assistant Federal Defender
                                              Attorney for Defendant
12 |                                          JESUS GARCIA-MORALES

**O R D E R**

Based on the above stipulation of the parties, this matter is ordered to be dropped from the calendar for December 2, 2008, and is ordered to be re-calendared for December 16, 2008, at 9:15 a.m.

Time is excluded from computation of time within which the trial of this matter must be commenced from December 2, 2008 through December 16, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv) and Local Code T4.

**IT IS SO ORDERED.**

By the Court,

Date: December 1, 2008                       /s/ John A. Mendez
                                             Hon. John A. Mendez
                                             United States District Judge