DANIEL J. BRODERICK Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JESUS GARCIA-MORALES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:08-cr-513 JAM |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | CONTINUING CASE AND EXCLUDING TIME |
| JESUS GARCIA-MORALES, | ) | |
| | ) | Date:     February 3, 2009 |
| Defendant. | ) | Time:     9:30 a.m. |
| | ) | Judge:    Hon. John A. Mendez |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and among Assistant United States Attorney Daniel McConkie, counsel for plaintiff United States of America, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant JESUS GARCIA-MORALES, that the above matter be dropped from this court's calendar for February 3, 2009, at the request of the defense and be continued until March 17, 2009, for status conference. This continuance is requested due to the unavailability of Mr. Staniels on February 3,2009, due to travel to Los Angeles in connection with a case scheduled for trial confirmation on February 10, 2009, before Judge Karlton, for the further reason of obtaining immigration related documents from my client's records in Fresno for use in further consultation and further defense preparation.  March 17, 2009, is requested for the further anticipated unavailability of counsel on March 3 and March 10 due to the jury trial before Judge Karlton.

**IT IS FURTHER STIPULATED** that the time from February 3, 2009, through March 17, 2009, be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, 18 U.S.C. §§ 3161 *et. seq.,* pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv) and Local Code T-4

**IT IS SO STIPULATED.**

Date: December 1, 2008

Larry G. Brown
Acting United States Attorney

/S/ Daniel McConkie by jls per auth
By: DANIEL MCCONKIE
Assistant United States Attorney
Counsel for Plaintiff

Date: November 17, 2008

/S/ Jeffrey L. Staniels
Jeffrey L. Staniels
Assistant Federal Defender
Attorney for Defendant
JESUS GARCIA-MORALES

**O R D E R**

Based on the above stipulation of the parties, this matter is ordered to be dropped from the calendar for February 3, 2009, and is ordered to be re-calendared for March 17, 2009, at 9:30 a.m.

Time is excluded from computation of time within which the trial of this matter must be commenced from February 3, 2009 through March 17, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv) and Local Code T4.

**IT IS SO ORDERED.**

By the Court,

Date: February 2, 2009

/s/ John A. Mendez
Hon. John A. Mendez
United States District Judge