| | |
|---|---|
| 1 | DANIEL J. BRODERICK Bar #89424 |
| | Federal Defender |
| 2 | |
| | JEFFREY L. STANIELS, Bar #91413 |
| 3 | Assistant Federal Defender |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, California 95814 |
| | Telephone: (916) 498-5700 |
| 5 | |
| | Attorney for Defendant |
| 6 | JESUS GARCIA-MORALES |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:08-cr-513 JAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | CONTINUING CASE AND EXCLUDING |
| | ) | TIME |
| JESUS GARCIA-MORALES, | ) | |
| | ) | Date: March 17, 2009 |
| Defendant. | ) | Time: 9:30 a.m. |
| | ) | Judge: Hon. John A. Mendez |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and among Assistant United States Attorney Michael D. Anderson, counsel for plaintiff United States of America, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant JESUS GARCIA-MORALES, that the above matter be dropped from this court's calendar for March 17, 2009, at the request of the defense and be continued until March 31, 2009 at 9:30 a.m., for status conference. This continuance is requested in order to permit further consultation and further defense preparation.

**IT IS FURTHER STIPULATED** that the time from March 17, 2009, through March 31, 2009, be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, 18 U.S.C. §§ 3161 *et. seq.,* pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv) and Local Code T-4

**IT IS SO STIPULATED.**

Date: March 13, 2009                Larry G. Brown
                                    Acting United States Attorney

                                    /S/ Michael D. Anderson by jls per auth
                                    By:   MICHAEL D. ANDERSON
                                    Assistant United States Attorney
                                    Counsel for Plaintiff

Date: March 13, 2009                /S/ Jeffrey L. Staniels
                                    JEFFREY L. STANIELS
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    JESUS GARCIA-MORALES

# O R D E R

Based on the above stipulation of the parties, this matter is ordered to be dropped from the calendar for March 17, 2009, and is ordered to be re-calendared for March 31, 2009, at 9:30 a.m.

Time is excluded from computation of time within which the trial of this matter must be commenced from March 17, 2009, through March 31, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv) and Local Code T4.

**IT IS SO ORDERED.**

                                    By the Court,

Date: March 13, 2009                /s/ John A. Mendez
                                    Hon. John A. Mendez
                                    United States District Judge