```
DANIEL J. BRODERICK Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JESUS GARCIA-MORALES
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:08-cr-513 JAM |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) CONTINUING CASE AND EXCLUDING |
| | ) TIME |
| JESUS GARCIA-MORALES, | ) |
| | ) Date: March 31, 2009 |
| Defendant. | ) Time: 9:30 a.m. |
| | ) Judge: Hon. John A. Mendez |
| _____ | ) |

**IT IS HEREBY STIPULATED** by and among Assistant United States Attorney Michael D. Anderson, counsel for plaintiff United States of America, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant JESUS GARCIA-MORALES, that the above matter be dropped from this court's calendar for March 31, 2009, at the request of the defense and be continued until April 7, 2009, for status conference. This continuance is requested in order to permit further consultation and further defense preparation.

**IT IS FURTHER STIPULATED** that the time from March 31, 2009, through April 7, 2009, be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, 18 U.S.C. §§ 3161 *et. seq.,* pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv) and Local Code T-4

**IT IS SO STIPULATED.**

Date: March 30, 2009                      Larry G. Brown
                                          Acting United States Attorney

                                          /S/ Michael D. Anderson by jls per auth
                                          By:   MICHAEL D. ANDERSON
                                          Assistant United States Attorney
                                          Counsel for Plaintiff

Date: March 30, 2009                      /S/ Jeffrey L. Staniels
                                          JEFFREY L. STANIELS
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          JESUS GARCIA-MORALES

## O R D E R

Based on the above stipulation of the parties, this matter is ordered to be dropped from the calendar for March 31, 2009, and is ordered to be re-calendared for April 7, 2009, at 9:30 a.m.

Time is excluded from computation of time within which the trial of this matter must be commenced from March 31, 2009, through April 7, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv) and Local Code T4.

**IT IS SO ORDERED.**

                                          By the Court,

Date: March 30, 2009                      /s/ John A. Mendez
                                          Hon. John A. Mendez
                                          United States District Judge