DANIEL J. BRODERICK Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JESUS GARCIA-MORALES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:08-cr-513 JAM | |
| Plaintiff, ) ) | | |
| v. ) ) | STIPULATION AND ORDER CONTINUING CASE AND EXCLUDING TIME | |
| JESUS GARCIA-MORALES, ) ) | | |
| Defendant. ) ) ) | Date: May 26, 2009 Time: 9:30 a.m. Judge: Hon. John A. Mendez | |
| _____ ) | | |

**IT IS HEREBY STIPULATED** by and among Assistant United States Attorney Michael D. Anderson, counsel for plaintiff United States of America, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant JESUS GARCIA-MORALES, that the above matter be dropped from this court's calendar for May 26, 2009, at the request of the defense and be continued until June 9, 2009, for status conference. This continuance is requested in order to permit further consultation and further defense preparation, which recently has been complicated by Mr. Garcia's change in custody location.

**IT IS FURTHER STIPULATED** that the time from May 26, 2009, through June 9, 2009, be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, 18 U.S.C. §§ 3161 *et. seq.,* pursuant to 18 U.S.C. §

| | |
|---|---|
| 1 | 3161(h)(8)(A) & (B)(iv) and  Local Code T-4 |
| 2 | **IT IS SO STIPULATED.** |

Date: May 22, 2009                    Lawrence G. Brown
                                                    Acting United States Attorney

                                                    /S/ Michael D. Anderson by jls per auth
                                                    By:   MICHAEL D. ANDERSON
                                                    Assistant United States Attorney
                                                    Counsel for Plaintiff

Date: May 22, 2009                    /S/ Jeffrey L. Staniels
                                                    JEFFREY L. STANIELS
                                                    Assistant Federal Defender
                                                    Attorney for Defendant
                                                    JESUS GARCIA-MORALES

**O R D E R**

Based on the above stipulation of the parties, this matter is ordered to be dropped from the calendar for May 26, 2009, and is ordered to be re-calendared for June 9, 2009, at 9:30 a.m.

Time is excluded from computation of time within which the trial of this matter must be commenced from May 26, 2009, through June 9, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv) and Local Code T4.

**IT IS SO ORDERED.**

                                                    By the Court,

Date: May 22, 2009                    /s/ John A. Mendez
                                                    Hon. John A. Mendez
                                                    United States District Judge

Stip & Order Continuing Case
and Excluding Time                              2